UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBISEL AGUILAR PEREZ,<br><br>         Petitioner,<br><br>v.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT,<br><br>         Respondent. | Case No.: 3:25-cv-3522-CAB-MMP<br><br>**ORDER DISMISSING PETITION FOR WRIT OF HABEAS CORPUS** |

  Before the Court is Rubisel Aguilar Perez's petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. [Doc. No. 1.] Having reviewed Mr. Perez's petition, the Court finds it deficient because the proper respondent is the warden of Otay Mesa Regional Detention Center. Habeas petitioners "challenging their present physical confinement [must] name their immediate custodian, the warden of the facility where they are detained, as the respondent to their petition." *Doe v. Garland*, 109 F.4th 1188, 1197 (9th Cir. 2024). The Court cannot exercise jurisdiction over Mr. Perez's petition so long as he fails to name as respondent the warden of the detention facility where he is being detained.

  Accordingly, the Court **DISMISSES** Mr. Perez's petition **with leave to amend** to include the warden of Otay Mesa Regional Detention Center as a respondent. Petitioner

1  shall have thirty days from the date of this order to file an amended petition for writ of
2  habeas corpus.
3       It is **SO ORDERED**.
4       Dated: December 16, 2025

                                             Hon. Cathy Ann Bencivengo
                                             United States District Judge